**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION

Appellate case name:     Brian Duane Noel v. Oakbend Medical Center

Appellate case number:   01-21-00206-CV

Trial court case number:  19-DCV-265821

Trial court:             458th District Court of Fort Bend County

        Appellant Brian Duane Noel has filed a motion to extend time to file a motion for en banc reconsideration. The motion is **denied**.

        It is so ORDERED.

Justice's signature:  /s/ Gordon Goodman
                          Acting individually

Panel consists of Chief Justice Radack and Justices Goodman and Hightower.

Date: September 20, 2022